Chester Burris, Plaintiff-Appellee, v. Commercial Credit Corporation, Defendant-Appellant.

Gen. No. 11,094.

Second District, Second Division.
December 3, 1957.
Released for publication December 19, 1957.

Welsh and Welsh (R. T. Welsh, of counsel) for defendant-appellant; no brief filed for appellee. PER CURIAM. Not to be published in full.